UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

      ORDER ACCEPTING PLEA ALLOCUTION

      S2 08 Cr. 236 (SCR)

  v.

Albert Tranquillo, III,

---

ROBINSON, J.

  The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable George A. Yanthis, United States Magistrate Judge, dated April 7, 2009, is approved and accepted.

  The Clerk of the court is directed to enter the plea.

Date: *May 18, 2009*

            SO ORDERED:

            _____
            STEPHEN C. ROBINSON
            UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____